· MARIA BENSAUDE et al., Respondents, v. FLOMARCY COMPANY INCORPORATED et al., Appellants.— Judgment, insofar as it is in favor of plaintiffs against defendants Flomarcy Company Incorporated and Frank D. Pellow, reversed, the action severed and a new trial ordered as to said defendants, with costs to said defendants to abide the event, on the ground that the verdict as to said defendants is against the weight of the credible evidence. (Dore and Cohn, JJ., dissent and vote to affirm.) Judgment, insofar as it is in favor of plaintiffs against the City of New York, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MANHATTAN SAVINGS BANK, Respondent, v. 80 AND YORK CORPORATION, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes to reverse and dismiss the complaint, upon the ground that the date of the mortgage indebtedness had been effectively extended to May 16, 1947.

VANGUARD MILITARY EQUIPMENT CORPORATION, Appellant, v. ALBERT SCHULEIN, Respondent, and ABE GERSHEN et al., Impleaded Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent, with leave to the plaintiff to reply to the counterclaims contained in the third amended answer of defendant Schulein, and with leave to the impleaded defendants to answer the three causes of action against them contained in said answer, within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

SAM WACHTER, Respondent, v. REM SERVICE STATIONS, INC., et al., Defendants, and SHELL OIL COMPANY, INCORPORATED, Defendant-Appellant.— Judgment as amended, and the order entered May 8, 1943, insofar as it denies motion of defendant-appellant to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

JOHN L. STEINBUGLER, Appellant, v. WILLIAM C. ATWATER Co., INCORPORATED, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

WALTER FRIEDENBERG, Appellant, v. ROYAL TYPEWRITER Co., INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

HERBERT G. SCHNEIDER, Appellant-Respondent, v. KATHERINE S. SCHNEIDER, Respondent-Appellant.— Judgments, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ. [See *post*, p. 868.]

MAE A. McMANUS, Respondent, v. NATIONAL SURETY CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.